UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>GRANT YEROOMIAN (1),<br>JOSEPH SHANOIAN (2),<br>KAMSAR GEVORGYAN (3),<br><br>        Defendants. | Criminal Case No. '08 CR 1167 BEN<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Opium; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Opium with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The grand jury charges:

### Count 1

On or about March 29, 2008, within the Southern District of California, defendants GRANT YEROOMIAN, JOSEPH SHANOIAN, and KAMSAR GEVORGYAN did knowingly and intentionally import approximately 8.95 kilograms (approximately 19.69 pounds) of opium, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

//

//

CJB:em:San Diego
4/14/08

<u>Count 2</u>

On or about March 29, 2008, within the Southern District of California, defendants GRANT YEROOMIAN, JOSEPH SHANOIAN, and KAMSAR GEVORGYAN did knowingly and intentionally possess, with intent to distribute, approximately 8.95 kilograms (approximately 19.69 pounds) of opium, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: April 15, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney