# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER **08 CR 1167 BEN** |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Grant Yeroomian (1) | ) | Booking No. **95465012** |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **4/15/8** the Court entered the following order:

- ✓ Defendant be released from custody.
- _____ Defendant placed on supervised / unsupervised probation / supervised release.
- _____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- ✓ Defendant released on $ **300,000 P/S** bond posted.
- _____ Defendant appeared in Court. FINGERPRINT & RELEASE.
- _____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
- _____ Defendant sentenced to TIME SERVED, supervised release for _____ years.
- _____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court: _____ dismissing appeal filed.
- _____ Bench Warrant Recalled.
- _____ Defendant forfeited collateral.
- _____ Case Dismissed.
- _____ Defendant to be released to Pretrial Services for electronic monitoring.
- _____ Other. _____

ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____ Deputy Clerk

Received _____ DUSM

Crim-9 (Rev 6-95)      ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY