| | |
|---|---|
| 1 | **KRIS J. KRAUS**<br>California Bar No. 233699 |
| 2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**<br>225 Broadway, Suite 900 |
| 3 | San Diego, California 92101-5008<br>Telephone: (619) 234-8467 |
| 4 | Kris_Kraus@fd.org |
| 5 | Attorneys for Mr. Grant Yeroomian |

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE ROGER T. BENITEZ)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 08CR1167-BEN |
| | ) | |
| Plaintiff, | ) | DATE: JUNE 2, 2008 |
| | ) | TIME: 9:00 a.m. |
| v. | ) | |
| | ) | NOTICE OF MOTIONS AND MOTIONS: |
| **GRANT YEROOMIAN**, | ) | |
| | ) | (1)  TO COMPEL DISCOVERY; |
| Defendant. | ) | (2)  PRESERVE EVIDENCE; AND |
| | ) | (3)  FOR LEAVE TO FILE FURTHER |
| | ) | MOTIONS |
| | ) | |

**TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
           REBECCA KANTER, ASSISTANT UNITED STATES ATTORNEY:**

PLEASE TAKE NOTICE that on June 2, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, defendant, Grant Yeroomian, by and through his attorneys, Kris J. Kraus and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

///

///

///

///

///

///

1

**MOTIONS**

2  Defendant, Grant Yeroomian, by and through his attorneys, Kris J. Kraus and Federal Defenders of

3  San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal

4  Procedure, and all other applicable statutes, case law, and local rules for an order to:

5  (1)   Compel Discovery;

6  (2)   Preserve Evidence; and

7  (3)   Grant Leave to File Further Motions.

8  These motions are based upon the instant motions and notice of motions, the attached statement of

9  facts and memorandum of points and authorities, the files and records in the above-captioned matter, and

10  any and all other materials that may come to this Court's attention prior to or during the hearing of these

11  motions.

12                                                                                  Respectfully submitted,

13

14  Dated: APRIL 25, 2008                                       *s/ KRIS J. KRAUS*
                                                                **KRIS J. KRAUS**
15                                                              Federal Defenders of San Diego, Inc.
                                                                Attorneys for Mr. Grant Yeroomian

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Rebecca Kanter**
Assistant United States Attorney
Email: rebecca.kanter@usdoj.gov

**Bernard G Skomal**
Law Offices of Bernard G Skomal
Email: bgskomal@aol.com

**Benjamin P Lechman**
Law Offices of Benjamin P Lechman
Email: benlechman@hotmail.com

Dated: April 25, 2008

/s/ KRIS J. KRAUS
**KRIS J. KRAUS**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: Hanni_Fakhoury@fd.org