FILED

08 APR 30 AM 10: 46

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____
       DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  08CR1167-BEN |
| Plaintiff, | ) | |
| v. | ) | ~~[PROPOSED]~~ |
| | ) | **ORDER TO VIEW AND PHOTOGRAPH THE VEHICLE** |
| GRANT YEROOMIAN, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the United States government and its agents make available to the defense attorney and his agents, for examination, viewing and photographing the vehicle seized in the above-referenced case at least four weeks prior to trial. The government and its agents are further ordered not to destroy, transfer or otherwise dispose of the vehicle prior to their examination, viewing and photographing, without emergency application to this Court, notice to Mr. Yeroomian, and an opportunity to respond.

**SO ORDERED.**

Dated: 4/29/08

_____
HONORABLE ROGER T. BENITEZ
U.S. District Court Judge

1