FILED
08 APR 30 AM 10:46
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  GRANT YEROOMIAN,  Defendant. | Case No. 08CR1167-BEN  [PROPOSED]  ORDER TO PRESERVE AND RE-WEIGH ALLEGED DRUG EVIDENCE |

**IT IS HEREBY ORDERED** that the United States government and its agents make available to the defense attorney and his agents, for examination and weighing without packaging, the drugs seized in the above-referenced case. The government and its agents are further ordered not to destroy, transfer, or otherwise dispose of the drugs prior to their weighing, without emergency application to this Court, notice to Mr. Yeroomian, and an opportunity to respond.

**SO ORDERED.**

Dated: 4/29/08

HONORABLE ROGER T. BENITEZ
U.S. District Court Judge