PS8C
(04/05)

May 8, 2008

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Petition for Warrant or Summons for Defendant Under Supervision

**Name of Defendant:** Yeroomian, Grant

**Dkt No.:** 08CR1167-001
     Charged As: (same)

**Reg. No.:** 95465-012

**Name of Judicial Officer:** The Honorable Louisa S. Porter, U.S. Magistrate Judge

**Next Court Date:** June 6, 2008, at 2:00 p.m. for Motion Hearing and Trial Setting.

**Original Offense:** Importation of Opium and Possession of Opium with Intent to Distribute.

**Date Conditions of Release Imposed:** April 4, 2008, before the Honorable Anthony J. Battaglia, U.S. Magistrate Judge

**Conditions of Release:** A $300,000 personal appearance bond, secured by a trust deed to the United States on real estate approved by a Federal Judge. Restrict travel to the Southern and Central Districts of California; not to enter Mexico; report for supervision to the Pretrial Services Agency as directed by the assigned Pretrial Services Officer; not possess or use any narcotic drug or other controlled substance without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; and surrender passport to Court.

**Date Supervision Commenced:** April 15, 2008

**Asst. U.S. Atty.:** Rebecca Kanter
             (619) 557-6747

**Defense Counsel:** Kristin Kraus, Federal
                    Defenders Inc. (Appointed)
                    (619) 234-3765

**Prior Violation History:** None

## PETITIONING THE COURT

## TO ISSUE A NO-BAIL BENCH WARRANT

The Pretrial Services officer believes that the defendant has violated the following condition(s) of pretrial release:

| CONDITION(S) | ALLEGATION(S) OF NONCOMPLIANCE |
|---|---|
| **Surrender Passport to Court** | On April 30, 2008, Mr. Yeroomian applied for a new passport and received this passport on May 1, 2008. |

***Grounds for Revocation:*** After his release from custody on April 15, 2008, the defendant called Pretrial Services on April 21, 2008, and indicated he resides in Glendale, California and as such, the Central District of California is supervising him. On May 1, 2008, a bond hearing was requested by AUSA Rebecca Kanter. At that hearing, she requested a modification to the defendant's conditions of release to include electronic monitoring. This request was denied by Judge Battaglia.

On May 1, 2008, the defendant reported to the Pretrial Services office after the hearing and was asked about the status of his passport. Mr. Yeroomian reported he received his passport upon release from custody on April 15, 2008, but he did not have it with him during his office visit. The undersigned instructed Mr. Yeroomian to surrender his passport to his Pretrial Services Officer in the Central District of California as soon as possible. On May 7, 2008, the defendant surrendered passport #218036462.

On May 7, 2008, AUSA Rebecca Kanter informed the undersigned of Mr. Yeroomian's application and issuance of a new passport. Ms. Kanter provided a copy of the application to the undersigned, as well as the passport numbers for the two (2) passports the defendant had in his possession (#218036462 and #4408544551). This application indicates Mr. Yeroomian applied for this new passport on April 30, 2008 because his original passport was "lost." Through expedited processing the new passport was issued on May 1, 2008. Additionally, the application indicates the defendant plans to travel to Armenia on May 10, 2008.

When the defendant surrendered passport #218036462 to the Pretrial Services Office in the Central District on May 7, 2008, Pretrial Services Officer Adriana Corona-Buerga asked Mr. Yeroomian if he possessed any other passports and he responded he did not.

**DEFENDANT PERSONAL HISTORY/CHARACTERISTICS**

Mr. Yeroomian is a sixty-nine (69) year old Naturalized United States citizen. When interviewed by Pretrial Services, the defendant indicated he has been residing in Glendale, California for over fourteen (14) years. The defendant is married and has two (2) adult children who also reside in the Central District of California. The defendant's son, Serjik, and his wife posted their property for the defendant's bond.

**RECOMMENDATION/JUSTIFICATION**

Mr. Yeroomian's behavior, clearly demonstrates his attempt to circumvent the condition to surrender his passport. Mr. Yeroomian surrendered his original passport to Pretrial Services in the Central District of California on May 7, 2008. My review of the documentation provided by AUSA Rebecca Kanter, indicates on April 30, 2008, Mr. Yeroomian applied for a new passport and received it May 1, 2008. The defendant's signed passport application indicates he "lost" his original passport and that he plans to travel to Armenia on May 10, 2008. Based on the defendant's recent actions Pretrial Services would respectfully request the Court issue a no bail bench warrant for his arrest.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on: May 8, 2008**

Respectfully submitted:
LORI A. GAROFALO
CHIEF PRETRIAL SERVICES OFFICER

by _____
D. Ryan Alejandria
U.S. Pretrial Services Officer
(619) 446-3616

Reviewed and approved:

_____
Moises Santos
Supervising U.S. Pretrial Services Officer

**THE COURT ORDERS:**

__X__ A NO-BAIL BENCH WARRANT BE ISSUED BASED UPON A FINDING OF PROBABLE CAUSE TO BRING THE DEFENDANT BEFORE THE COURT TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED FOR THE ALLEGED VIOLATIONS.

_____ Other _____

_____
The Honorable Louisa S. Porter
United States Magistrate Judge

Date: 5/8/08