AO 442

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.

Grant Yeroomian

**WARRANT FOR ARREST**

RECEIVED
SOUTHERN DISTRICT OF
CALIFORNIA
2008 MAY -8 A 10: 43

FILED
2008 MAY 12 AM 8: 52
CLERK US COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____KNH____ DEPUTY

CASE NUMBER: 08cr1167 BEN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest        Grant Yeroomian
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☒ Pretrial Violation

charging him or her with (brief description of offense)

DATE 5/9/08
ARRESTED BY USMS & ICE in Los Angeles

STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY _____

In violation of Title    See Above    United States Code, Section(s) ____

| W. Samuel Hamrick, Jr. | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| S/J. Hathaway | 05/08/08, San Diego, CA. |
| Signature of Deputy | Date and Location |

Bail fixed at $ ___No Bail___  by  ___The Honorable Louisa S. Porter___
                                                      Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS I B    DOSS
(Doty Cleaves)