Michael H. Artan (California Bar No. 97393)
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017
Telephone: 213/688-0370
Facsimile: 213/627-9201
michaelartan@yahoo.com

*Counsel for Defendant
Grant Yeroomian*

# UNITED STATES DISTRICT COURT,
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 08CR1167-BEN |
| Plaintiff, | |
| v. | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| GRANT YEROOMIAN, | |
| Defendant. | |

/ / /

/ / /

/ / /

/ / /

REQUEST FOR SUBSTITUTION OF ATTORNEY -- 1            08CR1167-BEN

1 | TO THE CLERK OF COURT, PARTIES AND COUNSEL:

Defendant Grant Yeroomian hereby requests that the Court approve the substitution of Michael H. Artan [California Bar Number: 97393; Address: One Wilshire Boulevard, Suite 2200, Los Angeles, CA 90017; Telephone: 213/688-0370; Facsimile: 213/627-9201; Email: michaelartan@yahoo.com] as his attorney of record in place and stead of Kris J. Kraus.

*I, Grant Yeroomian, the defendant, hereby requests the substitution:*

Dated: May 29, 2008

_____
Grant Yeroomian

*Counsel consenting to the substitution:*

Dated: 6/2, 2008

_____
Kris J. Kraus, Present Counsel

Dated: May 29, 2008

_____
Michael H. Artan, New Counsel

I hereby affirm that I truly translated the above Request for Substitution of Attorney to Grant Yeroomian; Mr. Yeroomian stated that he understood the contents of the Request for Substitution of Attorney and then he signed the Request for Substitution of Attorney above.

Dated: May 29, 2008

_____
Stephan Dirtadian

REQUEST FOR SUBSTITUTION OF ATTORNEY -- 2                    08CR1167-BEN