Michael H. Artan (California Bar No. 97393)
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017
Telephone:  213/688-0370
Facsimile:  213/627-9201
michaelartan@yahoo.com

*Counsel for Defendant*
*Grant Yeroomian*

# UNITED STATES DISTRICT COURT,

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  08CR1167-BEN |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE RE REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| GRANT YEROOMIAN, | |
| Defendant. | |
| _____/ | |

I, Michael H. Artan, hereby certify:

I am not a party to this action. I am a citizen of the United States and I am over the age of eighteen. My business address is One Wilshire Boulevard, Suite 2200, Los Angeles, California 90017.

On June 3, 2008, I served the REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY (Document Number 47) by electronically filing this document with the Clerk of the District Court using the ECF system, which electronically notifies all the parties to this action.  No other means of service was required.

I declare under penalty of perjury that the above is true and correct and that this Certificate of Service is executed on June 4, 2008 at Los Angeles, California.

/s/ Michael H. Artan

_____
Michael Artan
*Counsel for Defendant Grant Yeroomian*