1  Michael H. Artan (California Bar No. 97393)
2  One Wilshire Boulevard, Suite 2200
   Los Angeles, California 90017
3  Telephone: 213/688-0370
   Facsimile: 213/627-9201
4  michaelartan@yahoo.com
5
   *Counsel for Defendant*
6  *Grant Yeroomian*
7
8
9              UNITED STATES DISTRICT COURT,
10            SOUTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 08CR1167-BEN |
| Plaintiff, | ORDER RE: |
| v. | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| GRANT YEROOMIAN, | |
| Defendant. | |
| _____/ | |

19  / / /
20
21
22  / / /
23
24
25  / / /
26
27
28  / / /

REQUEST FOR SUBSTITUTION OF ATTORNEY -- 1          08CR1167-BEN

[FILED JUN - 5 2008, CLERK, U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA]

TO THE CLERK OF COURT, PARTIES AND COUNSEL:

Defendant Grant Yeroomian hereby requests that the Court approve the substitution of Michael H. Artan [California Bar Number: 97393; Address: One Wilshire Boulevard, Suite 2200, Los Angeles, CA 90017; Telephone: 213/688-0370; Facsimile: 213/627-9201; Email: michaelartan@yahoo.com] as his attorney of record in place and stead of Kris J. Kraus.

*I, Grant Yeroomian, the defendant, hereby requests the substitution:*

Dated: May 29, 2008

_____
Grant Yeroomian

*Counsel consenting to the substitution:*

Dated: 6/1, 2008

_____
Kris J. Kraus, Present Counsel

Dated: May 29, 2008

_____
Michael H. Artan, New Counsel

I hereby affirm that I truly translated the above Request for Substitution of Attorney to Grant Yeroomian; Mr. Yeroomian stated that he understood the contents of the Request for Substitution of Attorney and then he signed the Request for Substitution of Attorney above.

Dated: May 29, 2008

_____
Stephan Dirtadian

REQUEST FOR SUBSTITUTION OF ATTORNEY -- 2

So Ordered
[signature]
08CR1167-BEN
USMJ
6/5/08